John WEAVER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47745.

Missouri Court of Appeals,
Western District.

Dec. 14, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 1, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, C.J., and
BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).